AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| TireHub, LLC<br><br>*Plaintiff(s)*<br>v.<br>Mr. D's Tire Service, a California corporation;<br>LAWRENCE E. DUFFNER, an individual,<br><br>*Defendant(s)* | Civil Action No. 5:21-cv-01087 JGB (SPx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr. D's Tire Service
1010 E. Main Street,
Barstow, CA 92311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Caitlin C. Blanche
Damon M. Pitt
K&L GATES LLP
One Park Plaza, 12th Floor
Irvine, CA 92614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*J. DeBusse*

Date: 10/20/21

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:21-cv-01087 JGB (SPx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MR. D's TIRE SERVICE
was received by me on *(date)* OCT. 20, 2021

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Larry Duffner , who is
designated by law to accept service of process on behalf of *(name of organization)* MR. D'S TIRE SERVICE
on *(date)* OCT. 25, 2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: OCT. 26, 2021

*Server's signature*

Chris Gutierrez, Private Investigator
*Printed name and title*

P.O. Box 22813
Bakersfield, CA 93390
*Server's address*

Additional information regarding attempted service, etc: