| | |
|---|---|
| Caitlin Blanche (SBN 254109)<br>Caitlin.blanche@klgates.com<br>Damon Pitt (SBN 291473)<br>Damon.pitt@klgates.com<br>**K&L GATES LLP**<br>1 Park Plaza<br>Twelfth Floor<br>Irvine, CA 92614<br>Telephone: 949.253.0900<br>Facsimile: 949.253.0902<br><br>*Attorneys for Plaintiff*<br>*TireHub, LLC* | David Osipovich (*pro hac vice*)<br>David.osipovich@klgates.com<br>Jessica Moran (*pro hac vice*)<br>Jessica.moran@klgates.com<br>**K&L GATES LLP**<br>210 Sixth Ave.<br>Pittsburgh, PA 15222<br>Telephone: 412-355-6500<br>Facsimile: 412-355-6501<br><br>*Attorneys for Plaintiff*<br>*TireHub, LLC* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIREHUB, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>MR. D'S TIRE SERVICE, a California corporation; LAWRENCE E. DUFFNER, an individual,<br><br>       Defendants. | Case No.: 5:21-cv-01087-JGB-SP<br><br>**PLAINTIFF TIREHUB LLC'S REQUEST FOR TELEPHONIC/REMOTE APPEARANCE AT MOTION FOR DEFAULT JUDGMENT** |

Plaintiff TireHub LLC ("TireHub") respectfully requests that the Court permit its *pro hac vice* counsel, Jessica Moran, to appear remotely via the Court's digital Zoom platform to present oral argument (if necessary) at the hearing on

1

TireHub's Motion for Default Judgment against Defendants Mr. D's Tire Service and Lawrence E. "Larry" Duffner (collectively, "Defendants"), which is scheduled for February 7, 2022, at 9:00 a.m. in Courtroom 1.

Good cause exists to permit a remote appearance as follows:

1) TireHub's lead counsel is located in Pittsburgh, Pennsylvania, having been admitted *pro hac vice* by this Court to represent TireHub in this matter.

2) TireHub's lead counsel has been cautioned against Covid-19 in light of the recent outbreak, particularly in light of the travel necessary to attend in person.

3) Travel from out of state to appear at this hearing would cause TireHub to incur unnecessary costs/fees associated with travel and lodging.

3) This motion is unopposed by Defendants, and it is highly unlikely that Defendants will appear at the hearing.

4) In light of the location of TireHub's *pro hac vice* counsel and the circumstances, TireHub's counsel respectfully requests that she be permitted to appear remotely via Zoom.

Wherefore, TireHub respectfully requests to make a remote appearance at the hearing on the Motion for Default Judgment on February 7, 2022.

DATED: February 2, 2022

K&L GATES LLP By:

*/s/ Caitlin C. Blanche*
Caitlin C. Blanche
Damon M. Pitt

*Attorneys for Plaintiff*
*TireHub, LLC*

## PROOF OF SERVICE BY FEDEX

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1 Park Plaza, Twelfth Floor, Irvine, California 92614.

On February 2, 2022, I served the foregoing document(s):

- **PLAINTIFF TIREHUB LLC'S REQUEST FOR TELEPHONIC/REMOTE APPEARANCE AT MOTION FOR DEFAULT JUDGMENT**
- **[PROPOSED] ORDER GRANTING PLAINTIFF TIREHUB LLC'S REQUEST FOR TELEPHONIC/REMOTE APPEARANCE AT MOTION FOR DEFAULT JUDGMENT**

in a sealed envelope, postage fully paid, addressed as follows:

Mr. Ds Tire Service
1010 E. Main Street
Barstow, CA  92311

Lawrence E. Duffner
34862 Baldwin Road
Barstow California  92311

BY FEDEX:  I deposited such envelope in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 2, 2022, at Irvine, California.

/s/Ashley Russell
_____
Ashley Russell