JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIREHUB, LLC<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MR. D'S TIRE SERVICE and<br>LAWRENCE E. DUFFNER,<br><br>　　　　　　　Defendants. | Case No. 5:21-cv-1087-JGB (SPx)<br><br>*Honorable Jesus G. Bernal*<br><br><br><br>**ORDER FOR ENTRY OF RULE 55(B) DEFAULT JUDGMENT** |

The Court, upon reviewing and considering Plaintiff TireHub, LLC's ("Plaintiff") Motion for Entry of Rule 55(b) Default Judgment ("Motion"), IT IS HEREBY ORDERED that Plaintiff's MOTION is GRANTED as follows:

1. Default judgment is entered in favor of PLAINTIFF TIREHUB, LLC against DEFENDANTS Mr. D'S TIRE SERVICE and LAWRENCE E. DUFFNER. for Plaintiff's breach of contract, negligent misrepresentation, conversion, and Cal. Bus. & Prof. Code § 17200 et seq. claims, or Counts One through Four, pursuant to Fed. R. Civ. P. 55(b);

2. Recovery is appropriate in the amount of $717,516.03, representing: $615,000.00 in damages and $102,516.03 in prejudgment interest;

3. Post-judgement interest at 10% per annum, which will accrue on the principal amount due beginning on the date judgment is entered;

4. DEFENDANTS MR. D'S TIRE SERVICE and LAWRENCE E. DUFFNER

1 shall be jointly and severally liable for the above amount of damages and costs.

**IT IS SO ORDERED.**

Dated: February 2 2022

_____
Honorable Jesus G. Bernal
United States District Judge