Caitlin C. Blanche (254109)
Caitlin.Blanche@klgates.com
Damon M. Pitt (291473)
Damon.Pitt@klgates.com
**K&L GATES LLP**
1 Park Plaza
Twelfth Floor
Irvine, California  92614
Telephone: 949.253.0900
Facsimile:  949.253.0902

*Attorneys for Plaintiff*
*TireHub, LLC*

David Osipovich (*pro hac vice*)
David.osipovich@klgates.com
Jessica Moran (*pro hac vice*)
Jessica.moran@klgates.com
**K&L GATES LLP**
210 Sixth Ave.
Pittsburgh, PA 15222
Telephone: 412-355-6500
Facsimile: 412-355-6501

*Attorneys for Plaintiff*
*TireHub, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIREHUB, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MR. D'S TIRE SERVICE, a California corporation; LAWRENCE E. DUFFNER, an individual,<br><br>　　　　　Defendants. | Case No. 5:21-cv-01087-JGB-SP)<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

311469525.1

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1 Park Plaza, Twelfth Floor, Irvine, California 92614.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 3, 2022, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

- **CIVIL MINUTES - RULING ON MOTION FOR DEFAULT JUDGMENT**

- **ORDER FOR ENTRY OF RULE 55(B) DEFAULT JUDGMENT**

in a sealed envelope, postage fully paid, addressed as follows:

Mr. Ds Tire Service
1010 E. Main Street
Barstow, CA 92311

Lawrence E. Duffner
34862 Baldwin Road
Barstow California 92311

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 3, 2022, at Irvine, California.

*Cassandra Thornton*
_____
Cassandra J. Thornton